SEALY, Appellant, v. FOOTE et al., Respondents. (Supreme Court, Appellate Division, Second Department. July 25, 1913.) Action by Thomas Sealy against Clarence Foote and another. No opinion. Judgment affirmed, with costs.

SEAMAN, Respondent, v. NEW YORK TELEPHONE CO., Appellate. (Supreme Court, Appellate Division, Second Department. May 23, 1913.) Action by Annie E. Seaman, as administratrix, etc., of Alanson H. Seaman, deceased, against the New York Telephone Company. No opinion. Motion for leave to appeal to the Court of Appeals (from 141 N. Y. Supp. 1145) denied. Motion for reargument denied, with $10 costs.

SEAMEN'S BANK FOR SAVINGS IN CITY OF NEW YORK, Respondent, v. CANAL REALTY CO., Appellant, et al. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by the Seamen's Bank for Savings in the City of New York against the Canal Realty Company, impleaded with others. J. C. Weschler, of New York City, for appellant. F. Smyth, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SENNER & KAPLAN CO., Appellant, v. FISHER et al., Respondents. (Supreme Court, Appellate Division, First Department. June 13, 1913.) Action by the Senner & Kaplan Company against Louis K. Fisher and another. A. M. Levy, of New York City, for appellant. D. P. Hays, of New York City, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

SEROTA et al., Respondents, v. KIENDL, Appellant (Appeal No. 1). (Supreme Court, Appellate Division, Second Department. June 6, 1913.) Action by Charles Serota and others against Adolph Kiendl. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 142 N. Y. Supp. 1144.

SEROTA et al., Respondents, v. KIENDL, Appellant (Appeal No. 2). (Supreme Court, Appellate Division, Second Department. June 6, 1913.) Action by Charles Serota and others against Adolph Kiendl. No opinion. Order appealed from entered April 17, 1913, affirmed, with $10 costs and disbursements. Appeal from order dated April 2, 1913, dismissed. See, also, 142 N. Y. Supp. 1144.

SHAFFER v. VANDEWATER & Co. (Supreme Court, Appellate Division, First Department. July 11, 1913.) Action by Charles W. Shaffer against Vandewater & Co. No opinion. Application granted. Order signed. See, also, 78 Misc. Rep. 133, 137 N. Y. Supp. 857.

SHAWNEE FIRE INS. CO. v. NEWMAN et al. (Supreme Court, Appellate Division, First Department. July 11, 1913.) Action by Shawnee Fire Insurance Company against Robert J. Newman and others. No opinion. Motion for stay granted. Settle order on notice.

SHEPARD v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. June 6, 1913.) Action by Frederick W. Shepard against the City of New York. No opinion. Motion denied, with $10 costs. Order filed. See, also, 141 N. Y. Supp. 1146.

SIDWAY v. SIDWAY. (Supreme Court, Appellate Division, Second Department. May 23, 1913.) Action by Mary S. Sidway against Harold S. Sidway and Frank S. Sidway. No opinion. Motion to resettle order granted. See, also, 156 App. Div. 375, 141 N. Y. Supp. 391; 142 N. Y. Supp. 1144.

SIDWAY v. SIDWAY. (Supreme Court, Appellate Division, Second Department. May 23, 1913.) Action by Mary S. Sidway against Harold S. Sidway and Frank S. Sidway. No opinion. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. See, also, 142 N. Y. Supp. 1144.

SILBERMAN, Appellant, v. SCHER, Respondent. (Supreme Court, Appellate Division, Second Department. May 29, 1913.) Action by Ida Silberman against Louis Scher. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 140 N. Y. Supp. 1145.

SILBERSTEIN v. SILBERSTEIN. (Supreme Court, Appellate Division, First Department. June 6, 1913.) Action by Nellie Silberstein against Gerson Silberstein. No opinion. Motion granted; question certified; order filed. See, also, 141 N. Y. Supp. 376.

SILVERMAN v. SOLINSKY. (Supreme Court, Appellate Division, First Department. July 11, 1913.) Action by Mayer Silverman against Louis Solinsky. No opinion. Application denied, with $10 costs. Order signed.

In re SIMMONS et al. (Supreme Court, Appellate Division, Second Department. June 20, 1913.) In the matter of J. Edward Simmons and others to acquire real estate, etc.; Kensico Reservoir, Section No. 4.

PER CURIAM. Motion denied, with $10 costs.

JENKS, P. J., not voting.

In re SIMMONS et al. (Supreme Court, Appellate Division, Second Department. June 27, 1913.) In the matter of the application and petition of J. Edward Simmons and others, etc., to acquire real estate, etc., in the City of Yonkers, etc.; Hill View Reservoir, Section No. 1, Parcel No. 4.

PER CURIAM. Report of commissioners, and order confirming same, affirmed, with $10 costs and disbursements. See, also, 142 N. Y. Supp. 1145.

JENKS, P. J., not voting.